IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:14-CR-48 (1) |
| | § | |
| VICTOR RODRIGUEZ-LEAL | § | |

## ORDER ON ARRAIGNMENT AND ORDER SETTING DATES

On the 16th day of July 2014, defendant VICTOR RODRIGUEZ-LEAL appeared in person with Assistant Federal Public Defender, Ms. Bonita Gunden, before the undersigned United States Magistrate Judge. The case was called for the purpose of Arraignment. The United States appeared by and through the Assistant United States Attorney.

Pursuant to Rule 10, Federal Rules of Criminal Procedure, the defendant received a copy of the Indictment that had been filed against him, stated that he understood the charges contained therein, that he had had time to consult with counsel regarding such charges, and had so consulted with counsel. The defendant was advised of the maximum penalties which might be imposed if found guilty, and acknowledged that he understood same. The reading of the Indictment was waived, and defendant VICTOR RODRIGUEZ-LEAL entered a plea of not guilty as to the counts filed against him in the Indictment.

All parties were advised that all pretrial motions are due on or before July 31, 2014, and that all responses to any pretrial motions are due on or before August 11, 2014. The trial date for this case will be set by separate Order.

Defendant VICTOR RODRIGUEZ-LEAL was remanded to the custody of the United States Marshal pending further proceedings.

IT IS SO ORDERED.

ENTERED this ___16th___ day of July 2014.

CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE